Shannon L. Gustafson, SBN 228856
sgustafson@lynberg.com
LYNBERG & WATKINS
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
Telephone: (714) 937-1010
Facsimile: (714) 937-1003

Attorneys for Defendant, County of San Bernardino and San Bernardino County Sheriff's Department

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| DORA HIGGINS, an individual, and VINSON HIGGINS, an individual, as conservators for LATESHA DENISE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO,<br><br>Defendant. | CASE NO: 5:21-cv-807<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION JURISDICTION)**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVSB 2106387<br><br>[Civil Case Cover Sheet Filed Concurrently Herewith] |

1
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)(FEDERAL QUESTION JURISDICTION**

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendants County of San Bernardino and San Bernardino County Sheriff's Department hereby remove to this Court the state court action as described below.

1. On February 19, 2021, Plaintiffs Dora Higgins and Vinson Higgins as individuals and court appointed conservators for Latesha Denise Smith filed their Complaint in the San Bernardino County Superior Court Case No. CIVSB 2106387 (hereinafter "State Action"). Plaintiff's Third Cause of Action in the Complaint asserts violations of Ms. Smith's constitutional rights under the Fifth, Fourteenth and Eighth Amendment pursuant to 42 U.S.C. §1983 for alleged deliberate indifference to Ms. Smith's medical and mental health care while she was housed at the West Valley Detention Center and for the alleged use of excessive force on Ms. Smith. Specifically, Plaintiffs claim that pepper spray was used on Ms. Smith during a March 2019 incident and that due to the lack of medical and mental health care provided to Ms. Smith she attempted suicide on April 10, 2019. Because the Complaint asserts claims arising under 42 U.S.C. §1983 and the Fifth, Fourteenth, and Eighth Amendments to the Constitution, federal question jurisdiction is proper. This Court has original jurisdiction under 28 U.S.C. §1331.

2. Further, Plaintiffs' First and Second Causes of Action for Negligence and Battery under California law are based on the same March 2019 pepper spray incident and April 10, 2019 suicide attempt and therefore arise out of the same common nucleus of operative fact. These state law causes of action are removable under the Court's supplemental jurisdiction pursuant to 28 U.S.C. §1367. See, Brady v. Brown, 51 F.3d 810, 816 (9th Cir. 1995) ("Pendent jurisdiction over state claims exists when the federal claim is sufficiently substantial to confer federal jurisdiction, and there is 'a common nucleus of operative fact between the state and federal claims…. The decision to retain jurisdiction over state law claims is within the district court's discretion, weighing factors such as economy, convenience,

fairness, and comity.") (internal citations omitted).

3.   The Summons and Complaint for the County of San Bernardino and the San Bernardino County Sheriff's Department was served on the Clerk of the Board for the County of San Bernardino on April 8, 2021.  This Notice of Removal is therefore timely as it is being made within thirty days of these Defendants being served on April 8, 2021.  <u>See</u>, 28 U.S.C. §1446 (b)(2)(B).

4.   Defendants County of San Bernardino and San Bernardino County Sheriff's Department are the only named Defendants.  As such, all served Defendants join and consent to removal. <u>See</u>, 28 U.S.C. §1446(b)(2)(A).

5.   A copy of this Notice of Removal will be filed with the Superior Court of the State of California for the County of San Bernardino and served upon all adverse parties as required by 28 <u>U.S.C.</u> § 1446(d).

6.   Pursuant to 28 <u>U.S.C.</u> § 1446(a), copies of all process, pleadings, orders, and other papers or exhibits of every kind filed and/or served on Defendants are attached here, as follows:

- Exhibit A- Summons
- Exhibit B- Certificate of Assignment
- Exhibit C- Civil Cover Case Sheet
- Exhibit D- Complaint
- Exhibit E- Notice of Trial Setting Conference

7.   Additionally, and pursuant to Central District Local Rule 3.1, a completed Civil Case Cover Sheet has been filed with the Court.

WHEREFORE, Defendants respectfully request that this civil action be removed from the Superior Court of the State of California for the County of San Bernardino to the above-entitled court.  Should the Court be inclined to remand this action, Defendants respectfully request the Court first issue an order to show cause as to why the case should not be remanded, as an order remanding a case to state

court is not reviewable.  See, 28 U.S.C. § 1447(d).  Such an order would permit Defendants the ability to cure any technical defect in this Notice of Removal and to submit additional evidence and/or arguments as the Court may request in support of removal of the state court action to the Federal District Court for the Central District of California – Eastern Division.

DATED:  May 6, 2021

Respectfully submitted,
**LYNBERG & WATKINS**
A Professional Corporation

By: _____
**SHANNON L. GUSTAFSON**
Attorneys for Defendant
County of San Bernardino and San Bernardino County Sheriff's Department

4833-2183-1776, v. 1