UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-807 JGB (SHKx)** | Date | January 11, 2023 |
|---|---|---|---|
| Title | *Dora Higgins, et al. v. County of San Bernardino, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order (1) STRIKING Defendants' Motion for Summary Judgment (Dkt. No. 38); (2) VACATING the January 30, 2023 Hearing; and (3) SETTING Briefing Schedule (IN CHAMBERS)

On December 30, 2022, Defendants filed a motion for summary judgment. ("Motion," Dkt. No. 38.) On January 3, 2023, the Court granted the parties' stipulation to modify the September 27, 2022 scheduling order ("Scheduling Order," Dkt. No. 32) for the purpose of (1) taking the deposition of Defendants' expert Lenard Vare on January 18, 2023, and (2) taking the deposition of Plaintiffs' expert Dr. Scott Kush on January 4, 2022. ("Stipulation," Dkt. No. 41.) On January 5, 2023, the Court granted Plaintiffs' ex parte application to modify the Scheduling Order for the purpose of taking four depositions on or before January 29, 2023. ("Order," Dkt. No. 42.) On January 9, 2023, Plaintiffs filed an opposition to the Motion pursuant to Federal Rule of Civil Procedure 56(d) ("Rule 56(d)"). ("Opposition," Dkt. No. 43.) In support of the Opposition, Plaintiffs submitted a declaration of Nancy J. Sandoval and attached exhibits. ("Sandoval Decl.," Dkt. No. 43-1.)

Pursuant to Rule 56(d), "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order." Fed. R. Civ. P. 56(d). To enable both parties to complete discovery before filing dispositive motion(s) and opposition(s) thereto, the Court **STRIKES** Defendants' Motion and **VACATES** the January 30, 2023 hearing.

//
//

The Court sets the briefing schedule for any dispositive motion(s) as follows:

- Dispositive motion(s) shall be filed no later than **February 13, 2023**
- Any opposition shall be filed no later than **February 20, 2023**
- Any reply shall be filed no later than **February 27, 2023**
- The last day the Court will hear any dispositive motion is at the pretrial conference on **March 6, 2023** at 11:00 a.m.

**IT IS SO ORDERED.**