JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA HIGGINS, an individual, and VINSON HIGGINS, an individual, as court-appointed Conservators for Latesha Denise Smith,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 20, inclusive, individually and in their official capacities,<br><br>  Defendants. | Case No. 5:21-cv-00807-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Summary Judgment filed by Defendants County of San Bernardino and San Bernardino County Sheriff's Department, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendants.

3. The Clerk of the Court is **DIRECTED** to close this case.

   **IT IS SO ORDERED.**

Dated: March 10, 2023

_____
Honorable Jesus G. Bernal
United States District Judge