Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
**LYNBERG & WATKINS,** A Professional Corporation
1100 Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile
Attorney for County of San Bernardino, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora Higgins et al. | CASE NUMBER<br>5:21-cv-00807-JGB-SHK |
| v.      PLAINTIFF(S), | |
| County of San Bernardino et al.<br><br>DEFENDANT(S) | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | County of San Bernardino |
| Judgment entered on: | March 10, 2023     Docket #: 59 |
| Names of party(ies) against whom judgment was entered: | Dora Higgins and Vinson Higgins |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: 3-22- 2023     Signature: /s/Shannon L. Gustafson
Name: Shannon L. Gustafson
☒ Attorney of Record for: County of San Bernardino et al.

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 14,050.08
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
☐ Insufficient supporting documentation provided (L.R. 54-2.1).
☐ Filer is not prevailing party (L.R. 54-1).

Date: *04/19/2023.*     **Kiry K. Gray, District Court Executive/Clerk of Court**
By: R. Morales
Deputy Clerk

Case Title: Dora Higgins et al. v. County of San Bernardino et al.; Case No.: 5:21-cv-00807-JGB-SHK

# BILL OF COSTS

*The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| 1 | *L.R. 54-3.1 Clerk's Fees* (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule) | | | | | |
| | | | | | | |
| 2 | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | $4,846.23 | Tab 2A<br>Tab 2B<br>Tab 2C<br>Tab 2D<br>Tab 2E<br>Tab 2F<br>Tab 2G<br>Tab 2H<br>Tab 2I<br>Tab 2J<br>Tab 2K<br>Tab 2L<br>Tab 2M<br>Tab 2N<br>Tab 2O<br>Tab 2P<br>Tab 2Q<br>Tab 2R | $4,621.23 | $225.00 | C, E | Entries for WC Contracted Services and cancellation not sufficiently described on invoice.<br><br>*Copy Costs Category - Tab 10 |
| 3 | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | |
| 4 | *L.R. 54-3.4 Transcripts of Court Proceedings* (order or stipulation required and must be attached) | | | | | |
| | | | | | | |
| 5 | *L.R. 54-3.5 Depositions* (if order or stipulation required by rule, it must be attached) | | | | | |
| | $9,602.85 | Tab 5A<br>Tab 5B<br>Tab 5C<br>Tab 5D<br>Tab 5E<br>Tab 5F<br>Tab 5G<br>Tab 5H<br>Tab 5I<br>Tab 5J<br>Tab 5K<br>Tab 5L<br>Tab 5M<br>Tab 5N | $9,428.85 | $174.00 | F | Expedite |
| 6 | *L.R. 54-3.6 Witness Fees* (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below) | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a):* "cost of copies of documents necessarily filed and served" | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b):* "cost of copies of documents or other materials admitted into evidence" | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c):* "Fees for an official certification of proof respecting the non-existence of a document or record" | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d):* "Patent Office charges" for necessary "patent file wrappers and prior art patents" | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e):* "Notary fees" of taxable documents | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f):* "Fees for certification or exemplification of any document or record necessarily obtained for use in the case" | | | | | |
| | | | | | | | |
| | (g) | *L.R. 54-3.10(g):* "cost of physically replicating or reproducing material necessarily obtained for use in the case" | | | | | |
| | | | | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | | | | | | |
| 12 | | **L.R. 54-3.12 Other Costs** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | | | | | | |
| 13 | | **L.R. 54-3.13 State Court Costs** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | | | | | | |
| 14 | | **L.R. 54-4 Items Taxable as Costs on Appeal** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | | | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | | | | | | |
| TOTAL | | $14,449.08 | | $14,050.08 | $399.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

# FEES FOR SERVICE OF PROCESS

# Tab 2